**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN M. MATUS, O.D., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 19 C 1797 |
| v. | ) ) ) | Judge Dow<br>Magistrate Judge Valdez |
| NORTH AMERICAN BANCARD, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Martin M. Matus, O.D., and Defendant, North American Bancard, LLC, have reached a class settlement in principle. Plaintiff and Defendant are finalizing a class settlement agreement and release (the "Agreement") reflecting the agreed upon terms and anticipate seeking Court approval of the Agreement within forty-five (45) days. Plaintiff and Defendant respectfully request all upcoming deadlines be stayed pending Court approval of the Agreement.

Dated: February 5, 2021                                          Respectfully submitted,

MARTIN M. MATUS, O.D.                                  NORTH AMERICAN BANCARD, LLC

 /s/ *Heather Kolbus*                                                  */s/ Lawren A. Zann (w/ consent)*
Daniel A. Edelman, Esq.                                        Beth-Ann E. Krimsky, Esq.
Cathleen M. Combs, Esq.                                      Lawren A. Zann, Esq.
Heather Kolbus, Esq.                                             **GREENSPOON MARDER LLP**
**EDELMAN, COMBS, LATTURNER**      200 East Broward Blvd, Suite 1800
**& GOODWIN, LLC**                                         Fort Lauderdale, FL 33309
20 S. Clark Street, Suite 1500                               Tel: (954) 527-2427
Chicago, IL 60603                                                  Fax: (954) 333-4027
Tel: (312) 739-4200                                               beth-ann.krimsky@gmlaw.com
Fax: (312) 419-0379                                              lawren.zann@gmlaw.com

1

46433892.1

-and-

**TABET DIVITO & ROTHSTEIN, LLC**
Timothy A. Hudson
209 S. LaSalle Street, Suite 700
Chicago, Illinois 60604
Tel: (312) 762-9450
Fax: (312) 762-9451
thudson@tdrlawfirm.com

*Attorneys for Defendant North American Bancard, LLC*

2

46433892.1

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on Friday, February 5, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following:

Beth-Ann E. Krimsky - beth-ann.krimsky@gmlaw.com
Lawren Zann - lawren.zann@gmlaw.com
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL  33301

Timothy A. Hudson - thudson@tdrlawfirm.com
Tabet DiVito Rothstein
209 South LaSalle Street, 7th Floor
Chicago, IL  60604

                                                                       */s/Heather Kolbus*
                                                                         Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

46433892.1