UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Martin M. Matus, O.D.

Plaintiff,

v.

Case No.: 1:19−cv−01797
Honorable Robert M. Dow Jr.

North American Bancard, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 25, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's unopposed motion for extension of time to file the motion for preliminary approval of the parties' class action settlement [56] is granted to and including 4/6/2021. The motion should be noticed for presentment on 4/6/2021 at 9:15 a.m. The hearing on the motion will be telephonic. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Notice of motion date of 3/26/2021 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.