## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Martin M. Matus, O.D.

                              Plaintiff,

v.                                                     Case No.: 1:19–cv–01797
                                                          Honorable Ronald A. Guzman

North American Bancard, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' Stipulation of Dismissal [68] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' and the Settlement Class Members' claims, except the claims of Franklin Medical Center Andres Enriquez MD, PA, who opted out of the settlement, are dismissed with prejudice. Each party shall bear its own fees and costs, other than the fees and costs payable from the Settlement Fund and as authorized by the Court as part of its Final Approval Order. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.